**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND ET AL.,

                          Petitioners,                          20 **CIVIL** 8371 (ALC)

            -against-                                      **JUDGMENT**

U.S. TECH CONSTRUCTION CORP.,
                        Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 6, 2022, the petition is granted, the award is confirmed, and judgment is entered in Petitioners' favor as follows: 1.Awarding Petitioners $24,340.81 as against U.S. Tech Construction Corp., pursuant to the September 11, 2020 arbitration award (the "Award"), plus interest from the date of the Award through the date of judgment with interest to accrue at the annual rate of 5.25% pursuant to the Award, in the amount of $2,643.31; 2.Awarding Petitioners $73 in court costs and service fees arising out of the proceeding; 3.Awarding Petitioners $1,220 in attorney's fees arising out of the proceeding; and 4.Awarding Petitioners post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
        October 6, 2022

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                          **BY:**    *K. Mango*
                                                             **Deputy Clerk**